**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JAKE WILLIAMS** | § | |
| **V.** | § | **CA C-06-437** |
| **LT. PENA, ET AL.** | § | |

**ORDER TO FILE STATEMENT REGARDING CONSENT**

Defendants are ordered to file, within ten (10) days, a statement about whether all defendants consent to the jurisdiction of a United States Magistrate Judge. Consent may be freely withheld without adverse substantive consequences. 28 U.S.C. §636(c)(2). The Clerk shall mail, with this order, a consent form to counsel for defendants. If all defendants do not consent, this case will be reassigned to a United States District Judge to conduct all proceedings, including the entry of final judgment.

ORDERED this 17th day of April, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE