IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAKE WILLIAMS, | § | |
|     Plaintiff, | § | |
| V. | § | CIVIL ACTION NO.  C-06-437 |
| | § | |
| LT.  PENA, ET AL., | § | |
|     Defendant. | § | |

### ORDER OF RE-ASSIGNMENT

In view of the defendants' desire to have their trial before a United States District Judge (D.E. 36), this case is re-assigned to Chief Judge Hayden Head for all proceedings, including trial and entry of final judgment.  In accordance with Chief Judge Head's standing order in prisoner cases, undersigned will continue to manage the case and handle all pretrial matters consistent with 28 U.S.C. § 636.

ORDERED this 30th day of April, 2007.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE